# EXHIBIT A
# TO
# NOTICE OF REMOVAL

# Documents Served on Defendant

Filed: 11/23/2021 2:33 PM
Clerk
Allen County, Indiana
BB

STATE OF INDIANA

COUNTY OF ALLEN

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN   46802
Telephone: (260) 449-3491

LISA M. CHACON

        Plaintiffs

AND/VS

DANA LIGHT AXLE PRODUCTS, LLC

        Defendants

Case Number: 02D09-2111-CT-000587

# ALIAS SUMMONS

TO:    Dana Light Axle Products, LLC
       c/o C T Corporation System
       334 North Senate Avenue
       Indianapolis, Indiana 46204

You have been sued by the person(s) named above.   The claim made against you is attached to this summons; please examine all pages carefully.   The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

  XX    Certified Mail      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

        Personal Service    You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**.   The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.   If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.   **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated:  11/24/2021

_Christopher M. Nancarrow_  BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers      (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

(Seal)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State        Zip Code

(260) 424-0600       10043-02
Telephone Number    Attorney Number

ALLEN COUNTY CLERK

SEAL

INDIANA

## MANNER OF SERVICE
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____  personal service
_____  leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
_____  regular mail
_____  certified mail
_____  publication

**OTHER** manner of service:
  XX    attorney to serve
_____  private process server, _____
_____  other (describe in particular and note Trial Rule) _____

08/2000    sum (CLK 298.fb)

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: _____

Date Issued: _____

_____
Clerk of the Allen Circuit and Superior Courts

_____
Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____
Signature of Party    Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:** (_____)

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
      (B) with the spouse, named:      (E) with a secretary, named:
      (C) with a relative, named:      (F) with the attorney, named:
      (D) at the residence, located at:      (H) with this person (other-specify):
      (E) with the employer, named: _____

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:

_____
Last known address of person named in the document (or Change of Address)

**I did not serve a copy of this Summons because:** (_____)

(I)  The party was NOT FOUND / NO SUCH ADDRESS.
(J)  the document EXPIRED.
(K)  the party AVOIDED service.
(L)  the party REFUSED service.
(M) the party was NO LONGER EMPLOYED at the address.
(N)  the document was RETURNED by the authority of the Plaintiff.
(O)  the party is DECEASED.
(P)  the party was UNKNOWN AT THAT ADDRESS.
(Q)  the party was on SICK LEAVE / LAY OFF.

(R)  the party was on VACATION.
(S)  the party was NOT FOUND / VACANT.
(T)  the party was NOT FOUND / MOVED.
(U)  the party was NOT FOUND IN THIS BAILIWICK.
(V)  INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(W) they are NO LONGER IN BUSINESS.
(X)  several attempts were made / UNABLE TO SERVE.
(Y)  of the following reason (OTHER-specify):

_____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____      _____
Date Served / Attempted    Time Served / Attempted    Signature of Sheriff of Allen County, Indiana (or other officer)

_____  By: _____
(Printed Name of Process Server)    Signature of Process Server

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| COUNTY OF ALLEN | ) SS<br>) | CAUSE NO. 02D09-2111-CT-000587 |

| | | |
|---|---|---|
| LISA M. CHACON, | ) | ORDER FOR CASE MANAGEMENT CONFERENCE |
| Plaintiff(s), | ) | |
| vs. | ) | |
| | ) | |
| DANA INCORPORATED d/b/a DANA<br>LIGHT AXLE PRODUCTS, LLC,<br>Defendant(s). | ) | |

This cause has been assigned to **JUDGE DAVID J. AVERY**.

**PLAINTIFF IS DIRECTED TO SERVE A COPY OF THIS ORDER SETTING CASE MANAGEMENT CONFERENCE ON DEFENDANT(S).**

The parties or their attorneys to this action are hereby directed to appear before said Judge of this Court **February 14, 2022,** at **2:30 p.m.** in **room 319** of the Allen Superior Court, for a conference to consider:

**A.** Appointment of a mediator and the scheduling of a mediation date; **B.** Discussion of jury requests/waiver; **C.** Contested and stipulated facts and legal issues; **D.** Contentions of the parties; **E.** The discussion of issues/simplification of issues; **F.** The determination of types of discovery and scheduling deadlines; **G.** Discussion of expert witnesses; **H.** The discussion of dispositive motion issues and the setting of the motions for hearings; **I.** The scheduling of additional Pre-Trial Conference(s).

**\*\*\*** **IMPORTANT:** You will **NOT** be permitted to enter the Allen County Courthouse with a cell phone or other electronic devise unless you are an attorney with an approved Allen County identification badge. if you wish to obtain an identification badge, please call 260-449-3412.

Each party must be represented at the Case Management Conference by the attorney who expects to try this case and who shall come with authority to stipulate issues and undisputed facts and, where possible, agree to the admission into evidence or waive any requirements for the formal proof of documentary evidence.

**\*\*\*** **You may participate in the conference either in person in Room 319 of the Allen County Courthouse or by telephone. If participating by telephone, you should contact the Court at least 24 hours in advance of the hearing at (260) 449-7463 or by email at daisy.harnish@allensuperiorcourt.us to provide a telephone number at which the Court can reach you. the Court will initiate the call.**

**Failure to appear in Court or to make arrangements for telephonic participation will result in the Court conducting the proceeding without the participation of the party, and may result in adverse consequences for that party.**

As a result of the Case Management Conference, the Court may limit the time to complete or to file any pre-trial motions; set a date for any final pre-trial or other conference, and/or establish a schedule for the filing of any proposed pre-trial order, stipulations, or lists of witnesses and exhibits. The schedule established as a result of the Case Management Conference shall **not** be modified except by order of Court upon a showing of good cause. Said parties shall also have authority to agree upon a mediator. **SO ORDERED.**

**November 12, 2021**

DAVID J. AVERY, JUDGE
ALLEN SUPERIOR COURT

**DISTRIBUTED TO PLAINTIFF FOR SERVICE WITH SUMMONS AND COMPLAINT TO DEFENDANT(S)**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

| | |
|---|---|
| LISA M. CHACON | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| DANA INCORPORATED d/b/a | ) |
| DANA LIGHT AXLE PRODUCTS, LLC | ) |
| | ) |
|     Defendant. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**    Initiating __X__    Responding _____    Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Plaintiff, Lisa M. Chacon        .

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    **CHRISTOPHER C. MYERS & ASSOCIATES**
    Name: __Christopher C. Myers__    Attorney Number: __10043-02__
    Name: __Ilene M. Smith__    Attorney Number: __22818-02__
    Address: __809 S. Calhoun Street, Suite 400__    Phone: __(260) 424-0600__
    __Fort Wayne, IN 46802__    FAX: __(260) 424-0712__
    E-Mail Address: cmyers@myers-law.com; ismith@myers-law.com; lkolb@myers-law.com

3.    There are other party members: Yes _____    No __X__

4.    *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _____

5.    I will accept service by FAX at the above noted number: Yes __X__    No _____

6.    There are related cases    Yes _____    No __X__ *(if yes, list on continuation page)*

7.    This form has been served on all other parties.  Certificate of Service is attached: Yes _____  No __X__
8.    Additional information required by local rule: _____

__/s/ Christopher C. Myers__        __s/ Ilene M. Smith__
Attorney at Law
Attorney information shown above

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF ALLEN | ) | CASE NO.: 02D09-2111-CT-000587 |

LISA M. CHACON         )

    Plaintiff         )

v.         )

DANA LIGHT AXLE PRODUCTS, LLC   )

    Defendant.         )

## AMENDED COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Lisa M. Chacon who is suing Defendant, DANA Light Axle Products, LLC. In addition, at all material times to this Complaint, the Plaintiff suffered from a serious medical condition for which she was entitled to the benefit and protection of Family Medical Leave.

2. The Defendant DANA Light Axle Products, LLC has as its principal office address 3939 Technology Drive, Maumee, OH 43537. Its local address is 2100 West State Blvd., Fort Wayne, Indiana 46808. Its resident agent is C T Corporation System, 334 N Senate Ave, Indianapolis, Indiana 46204. At all material times to this Complaint, the Defendant was an "employer" for the purposes of Title VII, § 1981, and the FMLA.

3. The Plaintiff filed a Charge of Discrimination, EEOC # 470-2021-02713on May 21, 2021, a copy of which is attached hereto, incorporated herein and made a part hereof as Exhibit A. The EEOC issued its Dismissal and Notice of Rights/ Notice of Suit Rights on August 13, 2021, a copy of which is attached hereto and made a part hereof

–1–

as Exhibit B. All administrative remedies have been exhausted and all jurisdictional prerequisites have been met for the filing of this lawsuit. This Complaint has been filed within ninety (90) days after receipt of the Dismissal and Notice of Rights/ Notice of Suit Rights.

4. The Plaintiff brings claims of national origin and race (Hispanic/Latina) discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2011e *et seq.* and 42 U.S.C § 1981, as well as claims of discrimination and retaliation under the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq.* (FMLA), for the reasons and the facts set forth in Charge of Discrimination No. 470-2021-02713.

5. Based upon the facts and reasons specified in the Charge of Discrimination (Exhibit A) Plaintiff claims the Defendant acted intentionally, knowingly, wantonly, and in reckless disregard of Plaintiff's federally protected Civil Rights under Title VII, 42 U.S.C § 1981 and the FMLA.

6. The Defendant's unlawful discriminatory and retaliatory conduct was the direct and proximate cause of the Plaintiff suffering the loss of her job and job-related benefits including income, and subjected her also to inconvenience, emotional distress and other damages and injuries.

7. The Plaintiff further contends that she is entitled to compensatory damages, punitive damages under Title VII, 42 U.S.C § 1981, and liquidated damages under FMLA.

8. Plaintiff alleges she is entitled to back pay, front pay, and the value of the loss of her benefits to which she otherwise would have been entitled while working for the Defendant.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for backpay, front pay, loss of value of benefits, compensatory damages, punitive damages under Title VII and 42 U.S.C § 1981, and liquidated damages under the FMLA, and for all other just and proper belief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS ◆ SMITH ◆ WALLACE, LLP**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:    (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:       cmyers@myers-law.com
*Counsel for Plaintiff*

–3–

| EEOC Form 5 (11/09) | | |
|---|---|---|

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

Equal Employment Opportunity Commission
Indianapolis District Office
RECEIVED 05/21/2021

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 470-2021-02713 |

Equal Employment Opportunity Commission

State or local Agency, if any.

and EEOC

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Lisa M. Chacon | (260) 445-8056 | ████ |

| Street Address | City, State and ZIP Code |
|---|---|
| 7621 Pinedale | Fort Wayne, IN 46819 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Dana Incorporated | 25+ | (260) 483-7174 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2100 West State Blvd. | Fort Wayne, IN 46808 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN (Hispanic)

☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☒ OTHER (specify) FMLA

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2021   Latest: Feb., 24, 2021

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.   The Complainant is Lisa M. Chacon who is a Hispanic/Latino woman who was hired in August of 2016 by Respondent through a temp. service, then hired permanently on or about November 26, 2016.

II.  The Respondent is Dana Incorporated is an "employer" for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq., and is obligated to treat minorities and Caucasians the same with respect to contractual benefits in employment pursuant to 42 U.S.C. § 1981. Respondent Dana Incorporated is also an "employer" for purposes of the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 et. seq., ("FMLA").

III. The Complainant was off work since February 3, 2021 because she was seriously ill, and her physician was running tests to see why she was so sick. Complainant was excused from work from February 3, 2021 through February 19, 2021 because of her serious health condition. Complainant called off every day. Similarly situated Caucasians who were extremely ill like the Complainant and had doctor's excuses were allowed to miss work and not be terminated.

IV.  However, Complainant Lisa M. Chacon, because she was Hispanic/Latinos was terminated on February 23, 2021 because of her national origin and her race.

V.   Complainant's rights under the FMLA were also violated, as Complainant was deprived of the substantive benefits of the FMLA by not being allowed to take it and by not being allowed to return to work, and she was retaliated against for expressing her need to take time off work for

Continued on Page 2

EXHIBIT
A

Equal Employment Opportunity Commission
Indianapolis District Office                    440-2021-02713
RECEIVED 05/21/2021

a serious medical condition, and her job was interfered with as a result of attempting to take time off work for the same. Respondent never provided Complainant the FMLA paperwork to enable Complainant to process her FMLA claim, thus violating its duty under the FMLA.

VI.   As a direct and proximate result of the discrimination and retaliation by the Respondent against the Complainant because of her race and national origin, Complainant lost her job and job-related benefits including income.   Complainant suffered financial distress, mental anguish, emotional distress, humiliation, embarrassment, inconvenience, and other damages and injuries for which Complainant seeks compensatory damages.   Respondent acted intentionally and in reckless disregard of Complainant's federally protected civil rights, warranting an imposition of punitive damages and liquidated damages.

---

I declare under penalty of perjury that the above is true and correct.

5-21-21

*Date*                *Charge Party Signature*

NOTARY - *When necessary, for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Lisa Chacon<br>7621 Pinedale<br>Fort Wayne, IN 46819 | From: | Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2021-02713 | **Marc A. Fishback,<br>Enforcement Supervisor** | **(463) 999-1179** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission



Michelle Eisele

08/13/2021

| Enclosures(s) | **Michelle Eisele,<br>District Director** | (Date Issued) |
|---|---|---|

EXHIBIT
B

STATE OF INDIANA

COUNTY OF ALLEN

LISA M. CHACON _____

      Plaintiffs

AND/VS

DANA INCORPORATED d/b/a DANA _____
LIGHT AXLE PRODUCTS, LLC _____

      Defendants

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN  46802
Telephone: (260) 449-3491

Case Number:

# SUMMONS

TO:    Dana Incorporated d/b/a Dana Light Axle Products, LLC
       c/o Highest Ranking Official
       3939 Technology Drive
       Maumee, Ohio 43537

You have been sued by the person(s) named above.   The claim made against you is attached to this summons; please examine all pages carefully.   The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

  __XX__    Certified Mail       You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,** commencing the day after you receive this summons, or judgment may be entered against you as claimed.

  _____    Personal Service    You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,** commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802.**   The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.   If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.   **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: _____11/9/2021_____

_Christopher M. Nancarrow_ DR
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

_Christopher C. Myers_____(PLAINTIFF)___
Attorney / Party Preparing Summons (Party Represented)

_809 South Calhoun Street, Suite 400_____
Street Address

_Fort Wayne, IN 46802_____
City, State              Zip Code

_(260) 424-0600_____10043-02__
Telephone Number     Attorney Number

(SEAL — ALLEN COUNTY CLERK, INDIANA)

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____    personal service
_____    leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
_____    regular mail
_____    certified mail
_____    publication

**OTHER** manner of service:
__XX__    attorney to serve
_____    private process server, _____
_____    other (describe in particular and note Trial Rule)
_____

**02D09-2111-CT-000587**

USDC IN/ND case 1:21-cv-00443   document 1   filed 12/03/21   page 13 of 19

STATE OF INDIANA ) IN THE ALLEN SUPERIOR COURT
) SS:
COUNTY OF ALLEN ) CAUSE NO.

LISA M. CHACON )
    Plaintiff )
)
v. )
)
DANA INCORPORATED d/b/a )
DANA LIGHT AXLE PRODUCTS, LLC )
)
    Defendant. )

**APPEARANCE BY ATTORNEY IN CIVIL CASE**

**Party Classification:** Initiating __X__ Responding _____ Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Plaintiff, Lisa M. Chacon .

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

**CHRISTOPHER C. MYERS & ASSOCIATES**
Name: __Christopher C. Myers__ Attorney Number: __10043-02__
Name: __Ilene M. Smith__ Attorney Number: __22818-02__
Address: 809 S. Calhoun Street, Suite 400 Phone: (260) 424-0600
    Fort Wayne, IN 46802 FAX: (260) 424-0712
E-Mail Address: cmyers@myers-law.com; ismith@myers-law.com; lkolb@myers-law.com

3. There are other party members: Yes _____ No __X__

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _____

5. I will accept service by FAX at the above noted number: Yes __X__ No _____

6. There are related cases Yes _____ No __X__ *(if yes, list on continuation page)*

7. This form has been served on all other parties. Certificate of Service is attached: Yes _____ No __X__
8. Additional information required by local rule: _____

/s/ Christopher C. Myers s/ Ilene M. Smith
Attorney at Law
Attorney information shown above

**02D09-2111-CT-000587**
Filed: 11/9/2021 1:29 PM
Clerl
Allen County, Indian:
DI

Allen Superior Court 9

USDC IN/ND case 1:21-cv-00443   document 1-1   filed 12/03/21   page 14 of 19

STATE OF INDIANA      )
                               ) SS:
COUNTY OF ALLEN      )

IN THE ALLEN SUPERIOR COURT

CASE NO._____

LISA M. CHACON             )
                               )
     Plaintiff             )
                               )
v.                              )
                               )
DANA INCORPORATED d/b/a      )
DANA LIGHT AXLE PRODUCTS, LLC    )
                               )
     Defendant.          )

## **COMPLAINT**

Plaintiff alleges against Defendant that:

1. The Plaintiff is Lisa M. Chacon who is suing Defendant, DANA Incorporated, d/b/a DANA Light Axle Products, LLC.   In addition, at all material times to this Complaint, the Plaintiff suffered from a serious medical condition for which she was entitled to the benefit and protection of Family Medical Leave.

2. The Defendant DANA Incorporated/DANA Light Axle Products, LLC has as its principal office address 3939 Technology Drive, Maumee, OH 43537.   Its local address is 2100 West State Blvd., Fort Wayne, Indiana 46808.   Its resident agent is CT Corporation System, 334 N Senate Ave, Indianapolis, Indiana 46204. At all material times to this Complaint, the Defendant was an "employer" for the purposes of Title VII, § 1981, and the FMLA.

3. The Plaintiff filed a Charge of Discrimination, EEOC # 470-2021-02713on May 21, 2021, a copy of which is attached hereto, incorporated herein and made a part hereof

–1–

as Exhibit A. The EEOC issued its Dismissal and Notice of Rights/ Notice of Suit Rights on August 13, 2021, a copy of which is attached hereto and made a part hereof as Exhibit B. All administrative remedies have been exhausted and all jurisdictional prerequisites have been met for the filing of this lawsuit. This Complaint has been filed within ninety (90) days after receipt of the Dismissal and Notice of Rights/ Notice of Suit Rights.

4. The Plaintiff brings claims of national origin and race (Hispanic/Latina) discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2011e *et seq*. and 42 U.S.C § 1981, as well as claims of discrimination and retaliation under the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq*. (FMLA), for the reasons and the facts set forth in Charge of Discrimination No. 470-2021-02713.

5. Based upon the facts and reasons specified in the Charge of Discrimination (Exhibit A) Plaintiff claims the Defendant acted intentionally, knowingly, wantonly, and in reckless disregard of Plaintiff's federally protected Civil Rights under Title VII, 42 U.S.C § 1981 and the FMLA.

6. The Defendant's unlawful discriminatory and retaliatory conduct was the direct and proximate cause of the Plaintiff suffering the loss of her job and job-related benefits including income, and subjected her also to inconvenience, emotional distress and other damages and injuries.

7. The Plaintiff further contends that she is entitled to compensatory damages, punitive damages under Title VII, 42 U.S.C § 1981, and liquidated damages under FMLA.

8. Plaintiff alleges she is entitled to back pay, front pay, and the value of the loss of her

benefits to which she otherwise would have been entitled while working for the Defendant.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for backpay, front pay, loss of value of benefits, compensatory damages, punitive damages under Title VII and 42 U.S.C § 1981, and liquidated damages under the FMLA, and for all other just and proper belief in the premises.

### JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS ♦ SMITH ♦ WALLACE, LLP**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:      (260) 424-0600
Facsimile:       (260) 424-0712
E-mail:           cmyers@myers-law.com
*Counsel for Plaintiff*

–3–

02D09-2111-CT-000587

Allen Superior Court9
Filed: 11/9/2021 1:29 PM
Allen County, Indian...
Cler...
DI...

USDC IN/ND case 1:21-cv-00413 document 1-1 filed 12/03/21 page 17 of 19

**CHARGE OF DISCRIMINATION**

Equal Employment Opportunity Commission
Indianapolis District Office
RECEIVED 05/21/2021

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA  [X] EEOC

Agency(ies) Charge No(s): 470-2021-02713

Equal Employment Opportunity Commission and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Lisa M. Chacon | (260) 445-8056 | ▆▆▆ |

Street Address: 7621 Pinedale   City, State and ZIP Code: Fort Wayne, IN 46819

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Dana Incorporated | 25+ | (260) 483-7174 |

Street Address: 2100 West State Blvd.   City, State and ZIP Code: Fort Wayne, IN 46808

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN (Hispanic)
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[X] OTHER (specify) FMLA

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2021   Latest: Feb., 24, 2021
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. The Complainant is Lisa M. Chacon who is a Hispanic/Latino woman who was hired in August of 2016 by Respondent through a temp. service, then hired permanently on or about November 26, 2016.

II. The Respondent is Dana Incorporated is an "employer" for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq., and is obligated to treat minorities and Caucasians the same with respect to contractual benefits in employment pursuant to 42 U.S.C. § 1981. Respondent Dana Incorporated is also an "employer" for purposes of the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 et. seq., ("FMLA").

III. The Complainant was off work since February 3, 2021 because she was seriously ill, and her physician was running tests to see why she was so sick. Complainant was excused from work from February 3, 2021 through February 19, 2021 because of her serious health condition. Complainant called off every day. Similarly situated Caucasians who were extremely ill like the Complainant and had doctor's excuses were allowed to miss work and not be terminated.

IV. However, Complainant Lisa M. Chacon, because she was Hispanic/Latinos was terminated on February 23, 2021 because of her national origin and her race.

V. Complainant's rights under the FMLA were also violated, as Complainant was deprived of the substantive benefits of the FMLA by not being allowed to take it and by not being allowed to return to work, and she was retaliated against for expressing her need to take time off work for

Continued on Page 2   EXHIBIT A

a serious medical condition, and her job was interfered with as a result of attempting to take time off work for medical purposes. Respondent never provided Complainant the FMLA paperwork to enable Complainant to process her FMLA claim, thus violating its duty under the FMLA.

VI.   As a direct and proximate result of the discrimination and retaliation by the Respondent against the Complainant because of her race and national origin, Complainant lost her job and job-related benefits including income. Complainant suffered financial distress, mental anguish, emotional distress, humiliation, embarrassment, inconvenience, and other damages and injuries for which Complainant seeks compensatory damages. Respondent acted intentionally and in reckless disregard of Complainant's federally protected civil rights, warranting an imposition of punitive damages and liquidated damages.

NOTARY. When necessary, for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the above is true and correct.

5-21-21
_Date_

_Charge Party Signature_

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

02D09-2111-CT-000587

Filed: 11/9/2021 1:29 PM
Clerk
Allen County, Indiana

Allen Superior Court 9

USDC IN/ND case 1:21-cv-00447 document 1-1 filed 12/03/21 page 19 of 19

EEOC Form 161 (11/2020)   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  Lisa Chacon<br>7621 Pinedale<br>Fort Wayne, IN 46819 | From:  Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |

☐    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2021-02713 | Marc A. Fishback,<br>Enforcement Supervisor | (463) 999-1179 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Michelle Eisele*                                                                 08/13/2021

| | |
|---|---|
| Enclosures(s) | **Michelle Eisele,**<br>**District Director**          *(Date Issued)* |


EXHIBIT
B