| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CASE NO._____ |

LISA M. CHACON             )
                           )
    Plaintiff              )
                           )
v.                         )
                           )
DANA INCORPORATED d/b/a    )
DANA LIGHT AXLE PRODUCTS, LLC )
                           )
    Defendant.             )

## **COMPLAINT**

Plaintiff alleges against Defendant that:

1. The Plaintiff is Lisa M. Chacon who is suing Defendant, DANA Incorporated, d/b/a DANA Light Axle Products, LLC. In addition, at all material times to this Complaint, the Plaintiff suffered from a serious medical condition for which she was entitled to the benefit and protection of Family Medical Leave.

2. The Defendant DANA Incorporated/DANA Light Axle Products, LLC has as its principal office address 3939 Technology Drive, Maumee, OH 43537. Its local address is 2100 West State Blvd., Fort Wayne, Indiana 46808. Its resident agent is CT Corporation System, 334 N Senate Ave, Indianapolis, Indiana 46204. At all material times to this Complaint, the Defendant was an "employer" for the purposes of Title VII, § 1981, and the FMLA.

3. The Plaintiff filed a Charge of Discrimination, EEOC # 470-2021-02713 on May 21, 2021, a copy of which is attached hereto, incorporated herein and made a part hereof

as Exhibit A. The EEOC issued its Dismissal and Notice of Rights/ Notice of Suit Rights on August 13, 2021, a copy of which is attached hereto and made a part hereof as Exhibit B. All administrative remedies have been exhausted and all jurisdictional prerequisites have been met for the filing of this lawsuit. This Complaint has been filed within ninety (90) days after receipt of the Dismissal and Notice of Rights/ Notice of Suit Rights.

4. The Plaintiff brings claims of national origin and race (Hispanic/Latina) discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2011e *et seq.* and 42 U.S.C § 1981, as well as claims of discrimination and retaliation under the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq.* (FMLA), for the reasons and the facts set forth in Charge of Discrimination No. 470-2021-02713.

5. Based upon the facts and reasons specified in the Charge of Discrimination (Exhibit A) Plaintiff claims the Defendant acted intentionally, knowingly, wantonly, and in reckless disregard of Plaintiff's federally protected Civil Rights under Title VII, 42 U.S.C § 1981 and the FMLA.

6. The Defendant's unlawful discriminatory and retaliatory conduct was the direct and proximate cause of the Plaintiff suffering the loss of her job and job-related benefits including income, and subjected her also to inconvenience, emotional distress and other damages and injuries.

7. The Plaintiff further contends that she is entitled to compensatory damages, punitive damages under Title VII, 42 U.S.C § 1981, and liquidated damages under FMLA.

8. Plaintiff alleges she is entitled to back pay, front pay, and the value of the loss of her

benefits to which she otherwise would have been entitled while working for the Defendant.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for backpay, front pay, loss of value of benefits, compensatory damages, punitive damages under Title VII and 42 U.S.C § 1981, and liquidated damages under the FMLA, and for all other just and proper belief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS ♦ SMITH ♦ WALLACE, LLP**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
*Counsel for Plaintiff*

```
02D09-2111-CT-000587                                    Filed: 11/9/2021 1:29 PM
                                                                          Clerk
           Allen Superior Court 9                          Allen County, Indiana
```

EEOC Form 6 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2021-02713 |

Equal Employment Opportunity Commission Indianapolis District Office RECEIVED 05/21/2021

Equal Employment Opportunity Commission and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Lisa M. Chacon | (260) 445-8056 | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| 7621 Pinedale | Fort Wayne, IN 46819 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Dana Incorporated | 25+ | (260) 483-7174 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2100 West State Blvd. | Fort Wayne, IN 46808 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN (Hispanic)
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (specify) FMLA

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2021     Latest: Feb., 24, 2021

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. The Complainant is Lisa M. Chacon who is a Hispanic/Latino woman who was hired in August of 2016 by Respondent through a temp. service, then hired permanently on or about November 26, 2016.

II. The Respondent is Dana Incorporated is an "employer" for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq., and is obligated to treat minorities and Caucasians the same with respect to contractual benefits in employment pursuant to 42 U.S.C. § 1981. Respondent Dana Incorporated is also an "employer" for purposes of the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 et. seq., ("FMLA").

III. The Complainant was off work since February 3, 2021 because she was seriously ill, and her physician was running tests to see why she was so sick. Complainant was excused from work from February 3, 2021 through February 19, 2021 because of her serious health condition. Complainant called off every day. Similarly situated Caucasians who were extremely ill like the Complainant and had doctor's excuses were allowed to miss work and not be terminated.

IV. However, Complainant Lisa M. Chacon, because she was Hispanic/Latinos was terminated on February 23, 2021 because of her national origin and her race.

V. Complainant's rights under the FMLA were also violated, as Complainant was deprived of the substantive benefits of the FMLA by not being allowed to take it and by not being allowed to return to work, and she was retaliated against for expressing her need to take time off work for

Continued on Page 2

EXHIBIT A

Equal Employment Opportunity Commission
Indianapolis District Office
RECEIVED 05/21/2021
470-2021-02713

a serious medical condition, and her job was interfered with as a result of attempting to take time off work for this condition. Respondent never provided to Complainant the FMLA paperwork to enable Complainant to process her FMLA claim, thus violating its duty under the FMLA.

VI. As a direct and proximate result of the discrimination and retaliation by the Respondent against the Complainant because of her race and national origin, Complainant lost her job and job-related benefits including income. Complainant suffered financial distress, mental anguish, emotional distress, humiliation, embarrassment, inconvenience, and other damages and injuries for which Complainant seeks compensatory damages. Respondent acted intentionally and in reckless disregard of Complainant's federally protected civil rights, warranting an imposition of punitive damages and liquidated damages.

I declare under penalty of perjury that the above is true and correct.

5-21-21   *[signature: Lisa Chacon]*
Date      Charge Party Signature

NOTARY — When necessary, for State and Local Agency Requirements
*[signature]*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
*[signature: Lisa Chacon]*
SUBSCRIBED AND SWORN TO BEFORE ME THIS
(month, day, year)

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

02D09-2111-CT-000587

Allen Superior Court 9

Filed: 11/9/2021 1:29 PM
Clerk
Allen County, Indiana

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Lisa Chacon<br>7621 Pinedale<br>Fort Wayne, IN 46819 | From: | Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2021-02713 | Marc A. Fishback,<br>Enforcement Supervisor | (463) 999-1179 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission



08/13/2021

Enclosures(s)

Michelle Eisele,
District Director

(Date Issued)

EXHIBIT
B